UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

Date: September 24, 2025                                              HONORABLE KIMBERLEY H. TYSON, Presiding

In re:    Brent Sanders Herron,                                       Debtor.          Case No: 25-14392-KHT
                                                                                       Chapter 11

Appearances:

| | | | |
|---|---|---|---|
| Debtor | | Counsel | Edward Levy |
| Creditor | MidCountry Bank | Counsel | Richard D. Beller, Andrew J. Steil |
| Creditor | | Counsel | |
| Creditor | | Counsel | |
| Creditor | | Counsel | |

Proceedings:  Telephonic Hearing on the Motion for Appointment of Trustee (docket #44), filed by MidCountry Bank, and the Objection thereto (docket #51), filed by the Debtor.

[X]    The parties entered their appearances and made statements to the Court.

Orders:

[X]    Expert reports must be served by November 7, 2025. All fact and expert discovery must be completed by November 28, 2025.

[X]    The Court set an **in-person** evidentiary hearing starting **Thursday, December 18, 2025, at 9:30 a.m.** in **Courtroom D**, and continuing to Friday, December 19, 2025, if needed. If this date is not acceptable, parties must contact the Court to reschedule the hearing, no later than September 29, 2025.

[X]    Any party who is unable to appear at the evidentiary hearing in person must file a motion for leave to appear by videoconference, which must be filed no later than ten (10) days prior to the date of the scheduled hearing.

[X]    A separate order and notice of hearing shall enter.

Date: September 24, 2025                          FOR THE COURT:
                                                  *Kenneth S. Gardner, Clerk of the Bankruptcy Court*

                                                  By:   */s/ K. Lane Cutler*
                                                        Law Clerk