**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>BRENT SANDERS HERRON,<br><br>Debtor. | Bankruptcy Case No. 25-14392 KHT<br><br>Chapter 11 |

**ORDER**

THIS MATTER is before the Court following the hearing held on September 24, 2025.  The Court

HEREBY ORDERS that the provisions of Fed.R.Civ.P. 26 shall apply to this matter, subject to the provisions of this order concerning timing. The Court

FURTHER ORDERS that the parties shall adhere to the following deadlines:

1. <u>Discovery</u>.  Expert reports must be served by **November 7, 2025**. All fact and expert discovery must be completed by **November 28, 2025.**  "Completed" means that all depositions are concluded and that responses to written discovery are due on or before the discovery completion date.  The special provisions regarding limited and simplified discovery as specified in Local Bankruptcy Rule 7026-2 shall apply in this contested matter.

2. <u>Evidentiary Hearing</u>.  An **in-person** evidentiary hearing shall be held on **<u>Thursday, December 18, 2025, at 9:30 a.m.</u>** in Courtroom D, U.S. Custom House, 721 19th Street, Denver, Colorado and continuing to **Friday, December 19, 2025**, if needed. If this date is unacceptable, parties must contact the Court to reschedule the hearing, no later than September 29, 2025. All persons attending the hearing must present a valid government issued ID and submit to security screening to enter the U.S. Custom House. Any party intending to introduce any exhibits or call any witnesses at the scheduled hearing shall, on or before **December 11, 2025**, (a) deliver to the opposing side, a list and photocopies of the proposed exhibits pre-marked for identification (Debtor-Numbers, Objector-Letters) and a schedule of witnesses who may be called as well as a schedule of witnesses who will be called, and (b) file with the Court only the list of exhibits and schedules of witnesses who may or will be called.  A copy of each exhibit shall be tendered to the Court three (3) business days prior to the hearing via email.  The information shall be emailed to **KHT_Courtroom@cob.uscourts.gov**. It is counsel's and/or the parties' responsibility to ensure their witnesses possess complete copies of all marked exhibits for the hearing.

3. Any party who is unable to appear at the evidentiary hearing in person must file a motion for leave to appear by videoconference, which must be filed no later than ten (10) days prior to the date of the scheduled hearing.

DATED this 25th day of September, 2025

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge